Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PORTIA JONES and SCOTT JONES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AUDIT & ADJUSTMENT COMPANY, INC. and KIMBERLEE WALKER OLSEN,<br><br>Defendants. | No. 2:16-CV-00055- MJP<br><br>DEFENDANT AUDIT & ADJUSTMENT COMPANY, INC.'S OFFER OF HEARING TRANSCRIPT |

In their response to Audit & Adjustment Company, Inc.'s ("Audit") Rule 12(b)(6) Motion to Dismiss, Plaintiffs required oral argument. (Dkt 14, 22).

In its reply brief on the Rule 12(b)(6) Motion to Dismiss, Audit indicated that the request for oral argument should be denied because there was a lengthy oral argument on the identical issues involved in this case before Judge Lasnik in *Mosby v. Merchants*, *et al.*, case no. C15-1196-RSL, and a that copy of the transcript would be provided to this court when it was transcribed. (*Id.*). It is also of note that the attorneys in both cases are the same.

As indicated in its reply brief, Audit is hereby providing the attached transcript of oral argument, taken before Judge Lasnik on February 22, 2016 on an almost identical Rule 12(b)(6) Motion.

DEFENDANT AUDIT & ADJUSTMENT COMPANY, INC.'S OFFER OF HEARING TRANSCRIPT - 1
2:16-CV-00055- MJP
5884638.doc

LEE · SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1  DATED this 26th day of March, 2016.

2

3                          LEE SMART, P.S., INC.

4                          By: /s Marc Rosenberg
                               Marc Rosenberg, WSBA No. 31034
                               Of Attorneys for Defendant

5                          Audit & Adjustment Company, Inc.

6                          1800 One Convention Place
                         701 Pike St.

7                          Seattle, WA 98101-3929
                         (206) 624-7990

8                          mr@leesmart.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT AUDIT & ADJUSTMENT COMPANY,
INC.'S OFFER OF HEARING TRANSCRIPT - 2
2:16-CV-00055- MJP
5884638.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Antoinette M. Davis | tonie@toniedavislaw.com |
| Bob Williamson | roblin@williamslaw.com |
| Guy W. Beckett | gbeckett@beckettlaw.com |
| James Donald Nelson | jnelson@bpmlaw.com |
| Kim Williams | kim@williamslaw.com |
| Natalie Moore | nmoore@bpmlaw.com |
| Roblin John Williamson | roblin@williamslaw.com |
| Shaina Rhodes Johnson | sjohnson@bpmlaw.com |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 26th day of March, 2016 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendant
Audit & Adjustment Company, Inc.

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

DEFENDANT AUDIT & ADJUSTMENT COMPANY, INC.'S OFFER OF HEARING TRANSCRIPT - 3
2:16-CV-00055- MJP
5884638.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944